TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00355-CV







Big Spring Care Associates, Appellant



v.



James F. Cotter, Appellee








FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT


NO. 95-05528, HONORABLE F. SCOTT McCOWN, JUDGE PRESIDING








PER CURIAM


 The parties have filed a joint motion to dismiss this appeal. The motion is granted. 
Tex. R. App. P. 59(a)(1)(A).

 The appeal is dismissed.


Before Chief Justice Carroll, Justices Aboussie and Jones

Dismissed on Joint Motion

Filed: August 16, 1995 

Do Not Publish